FILED & JUDGMENT ENTERED
Christine F. Winchester

November 3 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Ashley Austin Edwards
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | | |
|---|---|---|
| Dimmer's Precision Grading, LLC | ) | Case No. 25-40239 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION TO
## PAY PRE-PETITION PAYROLL AND PAYROLL TAXES

This matter is before the Court on the Debtor's *Motion to Pay Pre-Petition Payroll and Payroll Taxes* (the "Motion"). In the Motion, the Debtor requested to pay $3,105.33 to its employees plus related employer-owed taxes as calculated by its payroll processor for earnings accrued prior to the bankruptcy filing.

A hearing on the Motion was held on October 28, 2025. At the hearing, Caleb Brown appeared as Subchapter V Trustee, Shelley Abel appeared as the United States Bankruptcy Administrator for the Western District of North Carolina, and Cole Hayes appeared on behalf of the Debtor.

Having considered the Motion, the record in this case, and the arguments at hearing, the Court finds, concludes, and orders:

1. Absent the requested relief in the Motion, the Debtor's employees will suffer

undue hardship and the Debtor's prospects of a successful reorganization will be greatly diminished.

    2.    If not paid now, the individuals the Debtor seeks to pay would likely be entitled to file priority claims against the Debtor under section 507(a)(4) of the Bankruptcy Code. As such, these claims would be entitled to payment in full under any plan of reorganization. Authorizing the Debtor to make these payments at this time will impact only the timing of such payments.

    3.    The Motion is therefore granted on a final basis.

    4.    The Debtor is authorized to pay the amounts set out in the Motion.

**SO ORDERED**

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |