**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| Dimmer's Precision Grading, LLC | ) | Case No. 25-40239 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AMENDED BALLOT REPORT (TO INCLUDE LATE BALLOT)

On February 12, 2026, the undersigned caused copies of the *First Amended Plan of Reorganization* [Doc. 43], the *Order Setting Confirmation Hearing* [Doc. 40], and a Ballot [Doc. 44] to be served on all parties on the official creditor matrix. [Doc. 45]. The undersigned received ballots as follows:

| Class | Lender | Votes Received |
|---|---|---|
| 1 | Caterpillar Financial Services Corporation | Accept - $81,34821 |
| 2 | Caterpillar Financial Services Corporation | Accept - $73,080.33 |
| 3 | Caterpillar Financial Services Corporation | Accept - $302,554.82 |
| 4 | Caterpillar Financial Services Corporation | Accept - $35,000.00 |
| 5 | Caterpillar Financial Services Corporation | Accept - $140,099.41 |
| 6 | Caterpillar Financial Services Corporation | Accept - $219,275.16 |
| 7 | Caterpillar Financial Services Corporation | Accept - $37,555.77 |
| 8 | Caterpillar Financial Services Corporation | Accept - $47,731.95 |
| 9 | Caterpillar Financial Services Corporation | Accept - $22,620.99 |
| 10 | John Deere Construction & Forestry Company | Reject – No amount indicated |
| 11 | First Citizens Bank & Trust Company | No votes but relief from stay granted for equipment surrender |
| 12 | Commercial Bank | No votes |
| 13 | Commercial Bank | No votes |
| 14 | Commercial Bank | No votes |
| 15 | Yard Card (TD Bank) | No votes |
| 16 | AgSouth Farm Credit | Accept - $308,400.00 (received on March 18, 2026) |
| 17 | Belmont Savings Bank | Reject - $372,980.32 |

| | | | Reject - $258,282.60 |
|---|---|---|---|
| | | | Caterpillar Financial Services – Accept - $14,413.63 |
| | | | Herc Rentals – Accept - $32,444.42 |
| | | | American Express National Bank – Accept - $33,283.05 |
| | | | Joanne Dimmer – Accept – $147,000.00 |
| | | | Bolin Trucking Inc. – Reject - $51,151.43 |
| 18 | General Unsecured Creditors | | The Cincinnati Insurance Company – Reject - $2,648,911.00 (this is a contingent claim) |

Dated: Charlotte, North Carolina
March 19, 2026

_/s/ Cole Hayes_

Cole Hayes (Bar No. 44443)
601 S. Kings Drive
Suite F PMB #411
Charlotte, NC 28204
980-416-4266
cole@colehayeslaw.com